624

No. —, original. Ex parte Howard Lee. March 7, 1938. The motion for leave to file a petition for writ of habeas corpus is denied without prejudice to appropriate application for review of the judgment of the Supreme Court of California on writ of certiorari or appeal. *Urquhart* v. *Brown*, 205 U. S. 179, 182, 183.

No. 817. Kansas Gas & Electric Co. *v.* McPherson et al. Decided March 14, 1938. *Per Curiam:* The motion of the appellees to dismiss the appeal is granted and the appeal is dismissed for the want of a substantial federal question. *Springfield Gas Co.* v. *Springfield*, 257 U. S. 66; *Puget Sound Co.* v. *Seattle*, 291 U. S. 619, 624, 625. *Messrs. Henry L. McCune* and *Blatchford Downing* for appellant. *Messrs. William Drennan, J. Rodney Rhoades,* and *Claude I. Depew* for appellees.

No. 822. Hering et al. *v.* State Board of Education. Decided March 14, 1938. *Per Curiam:* The appeal is dismissed for the want of a substantial federal question. *Hamilton* v. *Regents*, 293 U. S. 245, 261, 262; *Coale* v. *Pearson*, 290 U. S. 597; *Leoles* v. *Landers*, 302 U. S. 656. *Messrs. Abraham J. Isserman, Martin Conboy, Osmond K. Fraenkel, Carol King,* and *Olin R. Moyle* for appellants. No appearance for appellee.